**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TERRELL KNOLES, Individually and on Behalf of all Others Similarly Situated,

Plaintiff,

v.

MATHESON TRI-GAS, INC.,

Defendant.

Case No. CV 25-9106 FMO (MBKx)
Case No. CV 26-6433 FMO (MBKx)

**ORDER RE: CONSOLIDATION**

Having reviewed the responses to the Court's Order to Show Cause Re: Consolidation of Actions filed in Terrell Knoles v. Matheson Tri-Gas, Inc. , 25-9106 (C.D. Cal.) ("Knoles") (Dkt. 32) and Eddy V. Fernandez v. Matheson Tri-Gas, Inc., 26-6433 (C.D. Cal.) ("Fernandez") (Dkt. 16), IT IS ORDERED THAT:

1. Case Nos. CV 25-9106 and CV 26-6433 are hereby **consolidated** for all purposes. The Clerk shall consolidate these actions such that Case No. CV 25-9106 shall be the lead case. All future filings shall be filed in Case No. CV 25-9106 unless otherwise ordered by the court. The Clerk shall administratively close Case No. CV 26-6433 pending further order of the court.

2. Plaintiffs shall file a Consolidated First Amended Complaint no later than **August 17, 2026**. Plaintiffs are informed that the court cannot refer to a prior pleading in order to make their Consolidated First Amended Complaint complete. Local Rule 15-2 requires that an amended pleading be complete in and of itself without reference to any prior pleading. This is because, as a general rule, an amended pleading supersedes the original pleading. See Ramirez v. Cnty. of

San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent. In other words, 'the original pleading no longer performs any function[.]'") (citations and internal quotation marks omitted).

3. Defendant shall file an Answer to the Consolidated First Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **September 8, 2026**.

4. The Motion to Dismiss **(Document No. 5)** and Motion to Remand **(Document No. 19)** in the Knoles action are **denied as moot**. The parties may, after meeting and conferring with counsel, file renewed motions following the filing of the Consolidated First Amended Complaint.

Dated this 20th day of July, 2026.

/s/

Fernando M. Olguin
United States District Judge