Lindsay Hutner (SBN CA 238998)
Nathan Kenji Norimoto (SBN CA 334835)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Lindsay.Hutner@gtlaw.com
Nathan.Norimoto@gtlaw.com

Attorneys for Defendant
MATHESON TRI-GAS, INC.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRELL KNOLES and EDDY V. FERNANDEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATHESON TRI-GAS, INC.; and DOES through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-09106-FMO (MBKx)<br><br>**ORDER GRANTING JOINT STIPULATION [37] TO REMAND COMPLAINT**<br><br>*[Concurrently Filed With Joint Stipulation to Remand Complaint]* |

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation to Remand the Complaint, and for good cause appearing, it is hereby ordered that:

The above-captioned matter shall be remanded to the Superior Court of California, County of Los Angeles, where Plaintiffs' complaints were first filed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 23, 2026

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE